IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FREEDOM SCIENTIFIC, INC.,<br><br>Plaintiff<br><br>v.<br><br>GW MICRO, INC.,<br><br>Defendant. | Civil Action No.: |

## COMPLAINT AND JURY DEMAND
## INJUNCTIVE RELIEF SOUGHT

1. Plaintiff Freedom Scientific, Inc. ("Freedom Scientific") is a Delaware corporation with its principal place of business in St. Petersburg, Florida.

2. On information and belief, GW Micro, Inc. ("GW Micro"), is a corporation organized and existing under the laws of the State of Indiana and having a place of business at 725 Airport North Office Park, Fort Wayne, Indiana.

3. This action arises under the patent laws of the United States, 35 U.S.C. § 101, et seq.

4. This Court has subject matter jurisdiction under one or more of 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

5. GW Micro has infringed, and is continuing to infringe, Freedom Scientific's United States patent identified below by making, importing, selling, offering to sell, and/or

using within the United States certain computer software.

### Count I (Patent Infringement)

6. Freedom Scientific repeats and realleges the foregoing paragraphs.

7. Freedom Scientific is the owner of United States Patent No. 6,993,707 (the "'707 patent"), issued on January 31, 2006, and has the right to sue on the '707 patent. A copy of the '707 patent is attached as Exhibit A.

8. GW Micro has infringed, and is continuing to infringe, the '707 patent by making, importing, selling, offering to sell, and/or using within the United States computer software covered by the '707 patent.

9. GW Micro has induced and contributed to infringement by others of the '707 patent by causing or aiding others to make, use, import, sell, and/or offer to sell goods covered by the '707 patent within the United States

10. GW Micro's infringement of the '707 patent is and has been willful, has caused and will continue to cause Freedom Scientific to suffer substantial damages, and has caused and will continue to cause Freedom Scientific to suffer irreparable harm for which there is no adequate remedy at law.

WHEREFORE, Freedom Scientific requests that this Court:

1. enter a preliminary and permanent injunction enjoining GW Micro and its affiliates, subsidiaries, officers, directors, employees, agents, representatives, licensees, successors, assigns, and all those acting for any of them or on their behalf, or acting in

concert with them, from further infringement the '707 patent;

2. award Freedom Scientific compensatory damages, costs, and interest for patent infringement;

3. award Freedom Scientific treble damages for the willful infringement of the '707 patent;

4. award Freedom Scientific its reasonable attorneys' fees under 35 U.S.C. § 285; and

5. award Freedom Scientific such other relief as the Court deems just and proper.

## JURY DEMAND

Freedom Scientific demands a trial by jury on all issues so triable.

Respectfully submitted,

FREEDOM SCIENTIFIC, INC.

Dated: July 15, 2008

Michael J. Colitz, III
Florida Bar Number 164348
Trial Counsel
Woodrow H. Pollack
Florida Bar Number 0026802
HOLLAND & KNIGHT LLP
100 North Tampa Street
Suite 4100
Tampa, FL 33602
Tel: 813-227-8500
Fax: 813-229-0134
michael.colitz@hklaw.com
woodrow.pollack@hklaw.com

Of Counsel

- 4 -

Matthew B. Lowrie
Aaron W. Moore
LOWRIE, LANDO & ANASTASI, LLP
One Main Street
Cambridge, MA 02142
Tel: 617-395-7000
Fax: 617-395-7070

# 5476449_v2